435 A.2d 920

Williamsport National Bank, etc., Appellant v.
Pennsylvania Folding Ctn., Inc.

Argued June 9, 1980. William P. Carlucci, for appellant; William Caprio, III, for appellees.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

For the reasons in the foregoing memorandum opinion, we affirm the chancellor's decree.